```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                                        :
WENDY ASTON-MARTIN,                                                     :
                                                                        :
                            Plaintiff,                                  :
                                                                        :
            -v-                                                         :   24 Civ. 6172 (JPC)
                                                                        :
WARNERMEDIA DIRECT, LLC,                                                :        ORDER
                                                                        :
                            Defendant.                                  :
                                                                        :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

Defendant WarnerMedia Direct, LLC has filed a letter motion requesting that two other cases, *Lalewicz v. WarnerMedia Direct, LLC*, No. 24 Civ. 6173 (JMF) (S.D.N.Y.), and *McBride v. WarnerMedia Direct, LLC*, No. 24 Civ. 6176 (GHW) (S.D.N.Y.), be treated as related to this case pursuant to Rule 13 of this District's Rules for the Division of Business Among District Judges. Dkt. 39. As Defendant's counsel was electronically notified in each of those cases, *Lalewicz* and *McBride* will not be treated as related to this case, and Defendant's motion is thus denied. Defendant also has requested an extension of time to submit the joint letter currently due August 28, 2024, and an adjournment of the Initial Pretrial Conference scheduled for September 4, 2024. Dkt. 40. That request is granted in part. The telephonic Initial Pretrial Conference is adjourned to September 10, 2024 at 2:00 p.m. The parties' joint letter is due by September 3, 2024. The Clerk of Court is respectfully directed to close Docket Numbers 39 and 40.

SO ORDERED.

Dated: August 27, 2024
       New York, New York                         _____
                                                  JOHN P. CRONAN
                                                  United States District Judge