UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
WENDY ASTON-MARTIN,

                Plaintiff,

      -v-                                                    24 Civ. 6172 (JPC)

WARNERMEDIA DIRECT, LLC,                         ORDER

                Defendant.

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      The Court grants Plaintiff leave to file a motion to remand and Defendant leave to file a motion to compel arbitration. These motions shall be due by September 25, 2024. Briefs in opposition are due by October 16, 2024. Replies are due by October 30, 2024.

      SO ORDERED.

Dated: September 11, 2024
       New York, New York

                                                  JOHN P. CRONAN
                                      United States District Judge