

July 8, 2025

From:  Dargan M. Ware            To:   Hon. John P. Cronan
       Davis & Norris, LLP              United States District Court
       The Bradshaw House               Southern District of New York
       2154 Highland Ave South          500 Pearl St., Courtroom 12D
       Birmingham, AL 35205             New York, New York, 10007

         Re:    <u>Aston-Martin v. WarnerMedia Direct, LLC</u>, No. 1:25-CV-06172-JPC

Dear Judge Cronan,

As you might be aware, on July 2, 2025, Judge Furman issued an Opinion and Order remanding a similar case involving the same Defendant, <u>Lalewicz v. WarnerMedia Direct, LLC</u>, No. 1:24-CV-06173-JMF, to small claims court in Tennessee. On the same date, Defendant WarnerMedia filed a notice of appeal from this order. Two days before Judge Furman's ruling, Judge Rakoff denied a remand motion in another similar case involving the same Defendant, <u>Parker v. WarnerMedia Direct, LLC</u>, No. 1:25-cv-02444-JSR. Plaintiff has requested reconsideration in <u>Parker</u>, but the parties have agreed to stay that as well.

Judge Furman has stayed <u>Lalewicz</u> pending appeal upon agreement of the parties given that the Second Circuit will ultimately resolve which forum should hear the case. To preserve the resources of the Court and the parties in the above-referenced matter, the parties have agreed to stay this matter pending the outcome of the Second Circuit's decision in <u>Lalewicz</u>. The parties thus jointly request that this Honorable Court enter an order staying this litigation pending the Second Circuit's decision in <u>Lalewicz</u>.

/s/    Dargan M. Ware
Attorney for Plaintiff Wendy Aston-Martin

The request is granted. The parties shall notify the Court by joint letter within one week of the Second Circuit's decision in <u>Lalewicz</u>. The Clerk of Court is respectfully directed to close Docket Number 66 and to stay this case.

SO ORDERED.
Date: July 8, 2025
New York, New York

JOHN P. CRONAN
United States District Judge