**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **WENDY ASTON-MARTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:24-CV-06172-JPC** |
| | ) | |
| **WARNERMEDIA DIRECT, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF REMAND

Upon the parties' Joint Stipulation to Remand to State Court, it is hereby ORDERED that:

1. This action is remanded to the General Sessions Court of Coffee County, Tennessee.
2. Each party is to bear its own costs.
3. The Clerk of Court is respectfully directed to transmit a certified copy of this Order to the Clerk of the General Sessions Court of Coffee County, Tennessee, and to close this case.

**SO ORDERED** this 5th day of October, 2026.

[signature]

Hon. John P. Cronan
United States District Judge